```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                    :    ORDER

     - v -                                  :    08 Cr. 422

SPENCER JONES,                              :
     a/k/a "Speed,"
MICHAEL TEMPLE,                             :
     a/k/a "Wody,"
STEVEN MOULTRIE,                            :
     a/k/a "Little Tokyo,"
CONRAD WILLIS,                              :
     a/k/a "Rad,"
BERNARD PARKER,                             :
     a/k/a "Buster,"
GREGORY MITCHELL,                           :
     a/k/a "Mitch,"
HERMAN MILSA,
     a/k/a "Herm,"
DWAYNE HARRISON,
     a/k/a "Wayno,"
ARTHUR WILLIAMS,
     a/k/a "RZ,"
AZJAYE ALLEN,
     a/k/a "AJ,"
FREDDY KINARD,                              :
DELSHAWN WALKER,
     a/k/a "Monkweed,"
DAVON WALKER,
     a/k/a "Weeda,"
     a/k/a "D,"
LEON DAVIS,                                 :
JEMALL DAVIS
     a/k/a "Trash"
SHAKEEMA HERNANDEZ,                         :
     a/k/a "Puff,"
DENNIS THOMAS,                              :
     a/k/a "D,"
MICHELLE DAVIS,
CURTIS FRAZIER,                             :
     a/k/a "Bolo"
EMMANUEL CRAIG,                             :
     a/k/a "Fats,"
     a/k/a "E,"                             :
MARIE CRAIG, and
                                            :
```

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED MAY 21 2008]

```
EDWIN ORTIZ, SR.,                            :
     a/k/a "Pauley,"
                                             :
                    Defendants.
                                             :

- - - - - - - - - - - - - - - - - - - - - x
```

HONORABLE RONALD L. ELLIS, United States Magistrate Judge:

       The Court, having been advised that certain of the above-referenced defendants have been arrested on warrants issued by this Court, hereby orders that Indictment 08 Cr. 422 may be unsealed.

Dated: May 21, 2008

                                            */s/ Ronald L. Ellis*
                                            HONORABLE RONALD L. ELLIS
                                            UNITED STATES MAGISTRATE JUDGE