ORIGINAL

CR 12 (Rev. 5/03)

# WARRANT FOR ARREST

| **United States District Court** | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK |  |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWIN ORTIZ, SR. | DOCKET NO.<br>08 CRIM. | MAGISTRATE'S CASE NO.<br>422 |
|  | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>EDWIN ORTIZ, SR. | |
| WARRANT ISSUED ON THE BASIS OF:   ☐ Order of Court<br>☒ Indictment   ☐ Information   ☐ Complaint | DISTRICT OF ARREST | |
| TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER | CITY<br>NEW YORK | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Narcotics conspiracy

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>21 | SECTION<br>846 |
|---|---|---|

| BAIL | OTHER CONDITIONS OF RELEASE | |
|---|---|---|
| ORDERED BY | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE) | DATE ORDERED<br>5/13/08 |
| CLERK OF COURT | (BY) DEPUTY CLERK | DATE ISSUED |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED<br><br>DATE EXECUTED  5/x/18 | NAME AND TITLE OF ARRESTING OFFICER<br>SA Kevin Cochran | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.