UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1312

### MEDICAL ATTENTION FORM

DATE: May 21, 2008

DEFENDANT: Edwin Ortiz Sr.

DOCKET #: 08 CR 422 (LAP)(RLE)

TO THE WARDENS OF THE METROPOLITAN CORRECTIONAL CENTER,
THE METROPOLITAN DETENTION CENTER,
OR ANY OTHER DETENTION FACILITY:

The above-named defendant has been remanded in lieu of bail at the time of his/her presentment before this Court. At that time, the following information requiring medical attention for the defendant was disclosed:

Takes meds for high blood pressure.

Apparent withdrawal symptoms (heroin)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 21 2008

_____ 5-21-08
United States Magistrate Judge

