UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA )
)
v. ) **NOTICE OF APPEARANCE AND REQUEST**
) **FOR ELECTRONIC NOTIFICATION**
) **08 Cr. 422**
SPENCER JONES, et al. )
)
        Defendant. )

TO:    Clerk of Court
        United States District Court
        Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to AUSAs Lauren M. Ouziel and Margaret Garnett and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney for the
                                         Southern District of New York


                                by:       /s/
                                        Daniel S. Goldman
                                        Assistant United States Attorney
                                        (212) 637-2289