```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :    ORDER

     - v -                            :    S1 08 Cr. 422

SPENCER JONES,                        :
     a/k/a "Speed,"
MICHAEL TEMPLE,                       :
     a/k/a "Wody,"
STEVEN MOULTRIE,                      :
     a/k/a "Little Tokyo,"
CONRAD WILLIS,                        :
     a/k/a "Rad,"
BERNARD PARKER,                       :
     a/k/a "Buster,"
GREGORY MITCHELL,                     :
     a/k/a "Mitch,"
HERMAN MILSA,                         :
     a/k/a "Herm,"
DWAYNE HARRISON,                      :
     a/k/a "Wayno,"
ARTHUR WILLIAMS,                      :
     a/k/a "RZ,"
AZJAYE ALLEN,                         :
     a/k/a "AJ,"
FREDDY KINARD,                        :
DELSHAWN WALKER,
     a/k/a "Monkweed,"                :
DAVON WALKER,
     a/k/a "Weeda,"                   :
     a/k/a "D,"
LEON DAVIS,                           :
JEMALL DAVIS
     a/k/a "Trash"                    :
SHAKEEMA HERNANDEZ,
     a/k/a "Puff,"                    :
DENNIS THOMAS,
     a/k/a "D,"                       :
MICHELLE DAVIS,
CURTIS FRAZIER,                       :
     a/k/a "Bolo"
EMMANUEL CRAIG,                       :
     a/k/a "Fats,"
     a/k/a "E,"
MARIE CRAIG,
EDWIN ORTIZ, SR.,                     :
     a/k/a "Pauley,"
```

[stamp: 7/14/08]

and RICHARD HAMILTON,                        :
    a/k/a "Little Richie,"
                                                                :
                Defendants.
                                                                  :

- - - - - - - - - - - - - - - - - - - - - -x

HONORABLE DOUGLAS F. EATON, United States Magistrate Judge:

       The Court, having been advised that certain of the above-referenced defendants have been arrested on warrants issued by this Court, and that the need for the Indictment to remain sealed no longer obtains, hereby orders that Indictment S1 08 Cr. 422 may be unsealed.

Dated: July 11, 2008

                                                _____
                                                UNITED STATES MAGISTRATE JUDGE

**GABRIEL W. GORENSTEIN**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF NEW YORK**