```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :    SEALED
                                    :    INDICTMENT
          - v. -                    :
                                    :    S1 08 Cr. 422
SPENCER JONES,                      :
     a/k/a "Speed,"                 :
MICHAEL TEMPLE,                     :
     a/k/a "Wody,"                  :
STEVEN MOULTRIE,                    :
     a/k/a "Little Tokyo,"          :
CONRAD WILLIS,                      :
     a/k/a "Rad,"                   :
BERNARD PARKER,                     :
     a/k/a "Buster,"                :
GREGORY MITCHELL,                   :
     a/k/a "Mitch,"                 :
HERMAN MILSA,                       :
     a/k/a "Herm,"                  :
DWAYNE HARRISON,                    :
     a/k/a "Wayno,"                 :
ARTHUR WILLIAMS,                    :
     a/k/a "RZ,"                    :
AZJAYE ALLEN,                       :
     a/k/a "AJ,"                    :
FREDDY KINARD,                      :
DELSHAWN WALKER,                    :
     a/k/a "Monkweed,"              :
DAVON WALKER,                       :
     a/k/a "Weeda,"                 :
     a/k/a "D,"                     :
LEON DAVIS,                         :
JEMALL DAVIS,                       :
     a/k/a "Trash"                  :
SHAKEEMA HERNANDEZ,                 :
     a/k/a "Puff,"                  :
DENNIS THOMAS,                      :
     a/k/a "D,"                     :
MICHELLE DAVIS,                     :
CURTIS FRAZIER,                     :
     a/k/a "Bolo"                   :
EMMANUEL CRAIG,                     :
     a/k/a "Fats,"                  :
     a/k/a "E,"                     :
MARIE CRAIG,                        :
                                    :
```

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 6/19/08]

```
EDWIN ORTIZ, SR.,                       :
     a/k/a "Pauley," and                :
RICHARD HAMILTON,                       :
     a/k/a "Little Richie,"             :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

COUNT ONE

The Grand Jury charges:

1. From at least in or about 2005, up to and including in or about 2008, in the Southern District of New York and elsewhere, SPENCER JONES, a/k/a "Speed," MICHAEL TEMPLE, a/k/a "Wody," STEVEN MOULTRIE, a/k/a "Little Tokyo," CONRAD WILLIS, a/k/a "Rad," BERNARD PARKER, a/k/a "Buster," GREGORY MITCHELL, a/k/a "Mitch," HERMAN MILSA, a/k/a "Herm," and RICHARD HAMILTON, a/k/a "Little Richie," the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that SPENCER JONES, a/k/a "Speed," MICHAEL TEMPLE, a/k/a "Wody," STEVEN MOULTRIE, a/k/a "Little Tokyo," CONRAD WILLIS, a/k/a "Rad," BERNARD PARKER, a/k/a "Buster," GREGORY MITCHELL, a/k/a "Mitch," HERMAN MILSA, a/k/a "Herm," and RICHARD HAMILTON, a/k/a "Little Richie," the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a

2

controlled substance, to wit, 50 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21, United States Code.

<u>Overt Acts</u>

3.   In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.   In or about early 2008, in the vicinity of the Bronx River Houses, a housing project located in the Bronx, New York, SPENCER JONES, a/k/a "Speed," the defendant, supplied crack cocaine to co-conspirators known and unknown, intended for resale to customers.

b.   On or about April 22, 2008, in the vicinity of 1420 Bronx River Avenue, Bronx, New York, MICHAEL TEMPLE, a/k/a "Wody," sold crack cocaine to an undercover officer working for the New York City Police Department.

c.   On or about March 18, 2008, in the vicinity of 1595 E. 174th Street, Bronx, New York, STEVEN MOULTRIE, a/k/a "Little Tokyo," sold crack cocaine to an undercover officer working for the New York City Police Department.

d.   On or about March 18, 2008, in the vicinity of 1420 Bronx River Avenue, Bronx, New York, CONRAD WILLIS, a/k/a

"Rad," sold crack cocaine to an undercover officer working for the New York City Police Department.

   e. In or about the summer of 2007, BERNARD PARKER, a/k/a "Buster," stabbed a rival drug dealer in retaliation for that dealer's selling crack cocaine in the vicinity of 1420 Bronx River Avenue, Bronx, New York, in competition with PARKER'S co-conspirators.

   f. In or about early 2008, in the vicinity of 1420 Bronx River Avenue, Bronx, New York, GREGORY MITCHELL, a/k/a "Mitch," sold crack cocaine to customers and steered customers to buy crack cocaine from co-conspirators known and unknown.

   g. In or about early 2008, in the vicinity of the Bronx River Houses, a housing project located in the Bronx, New York, HERMAN MILSA, a/k/a "Herm," cooked powder cocaine and thereby converted it into crack cocaine for co-conspirators known and unknown, intended for re-sale to customers by those co-conspirators.

   h. On or about May 21, 2008, in the vicinity of 1420 Bronx River Avenue, Bronx, New York, RICHARD HAMILTON, a/k/a "Little Richie," possessed crack cocaine with the intent to sell it to customers.

   (Title 21, United States Code, Section 846.)

COUNT TWO

The Grand Jury further charges:

4.   From in or about 2005, up to and including in or about 2008, in the Southern District of New York and elsewhere, SPENCER JONES, a/k/a "Speed," HERMAN MILSA, a/k/a "Herm," DWAYNE HARRISON, a/k/a "Wayno," ARTHUR WILLIAMS, a/k/a "RZ," AZJAYE ALLEN, a/k/a "AJ," GREGORY MITCHELL, a/k/a "Mitch," FREDDY KINARD, DELSHAWN WALKER, a/k/a "Monkweed," DAVON WALKER, a/k/a "Weeda," a/k/a "D," LEON DAVIS, JEMALL DAVIS, a/k/a "Trash," SHAKEEMA HERNANDEZ, a/k/a "Puff," DENNIS THOMAS, a/k/a "D," and MICHELLE DAVIS, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

5.   It was a part and an object of the conspiracy that SPENCER JONES, a/k/a "Speed," HERMAN MILSA, a/k/a "Herm," DWAYNE HARRISON, a/k/a "Wayno," ARTHUR WILLIAMS, a/k/a "RZ," AZJAYE ALLEN, a/k/a "AJ," GREGORY MITCHELL, a/k/a "Mitch," FREDDY KINARD, DELSHAWN WALKER, a/k/a "Monkweed," DAVON WALKER, a/k/a "Weeda," a/k/a "D," LEON DAVIS, JEMALL DAVIS, a/k/a "Trash," SHAKEEMA HERNANDEZ, a/k/a "Puff," DENNIS THOMAS, a/k/a "D," and MICHELLE DAVIS, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 50 grams and more of mixtures and

substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21, United States Code.

## Overt Acts

6.  In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.  On or about October 25, 2007, in the vicinity of 1420 Bronx River Avenue, Bronx, New York, SPENCER JONES, a/k/a "Speed," DWAYNE HARRISON, a/k/a "Wayno," and HERMAN MILSA, a/k/a "Herm," sold crack cocaine to an undercover officer working for the New York City Police Department.

b.  In or about late 2007, in the vicinity of the Bronx River Houses, a housing project located in the Bronx, New York, ARTHUR WILLIAMS, a/k/a "RZ," and FREDDY KINARD supplied crack cocaine to co-conspirators known and unknown, intended for resale to customers.

c.  On or about October 25, 2007, in the vicinity of 1460 Bronx River Avenue, Bronx, New York, AZJAYE ALLEN, a/k/a "AJ," and GREGORY MITCHELL, a/k/a "Mitch," sold crack cocaine to an undercover officer working for the New York City Police Department.

d.  In or about late 2007, in the vicinity of

1460 Bronx River Avenue, Bronx, New York, DELSHAWN WALKER, a/k/a "Monkweed," sold crack cocaine to customers.

    e.   On or about November 29, 2007, in the vicinity of 1460 Bronx River Avenue, Bronx, New York, DAVON WALKER, a/k/a "Weeda," a/k/a "D," sold crack cocaine to an undercover officer working for the New York City Police Department.

    f.   On or about July 17, 2007, in the vicinity of 1460 Bronx River Avenue, Bronx, New York, LEON DAVIS and DWAYNE HARRISON, a/k/a "Wayno," sold crack cocaine to an undercover officer working for the New York City Police Department.

    g.   On or about July 10, 2007, in the vicinity of 1460 Bronx River Avenue, Bronx, New York, JEMALL DAVIS, a/k/a "Trash," and SHAKEEMA HERNANDEZ, a/k/a "Puff," sold crack cocaine to an undercover officer working for the New York City Police Department.

    h.   On or about November 7, 2007, in the vicinity of 1609 East 174th Street, Bronx, New York, DENNIS THOMAS, a/k/a "D," sold crack cocaine to an undercover officer working for the New York City Police Department.

    i.   On or about October 25, 2007, in the vicinity of 1460 Bronx River Avenue, Bronx, New York, MICHELLE DAVIS sold

crack cocaine to an undercover officer working for the New York City Police Department.

(Title 21, United States Code, Section 846.)

COUNT THREE

The Grand Jury further charges:

7. From in or about 2005, up to and including in or about 2008, in the Southern District of New York and elsewhere, CURTIS FRAZIER, a/k/a "Bolo," MICHELLE DAVIS, EMMANUEL CRAIG, a/k/a "Fats," a/k/a "E," and MARIE CRAIG, the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

8. It was a part and an object of the conspiracy that CURTIS FRAZIER, a/k/a "Bolo," MICHELLE DAVIS, EMMANUEL CRAIG, a/k/a "Fats," a/k/a "E," and MARIE CRAIG, the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, 50 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21, United States Code.

Overt Acts

9. In furtherance of the conspiracy and to effect the

illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. In or about late 2007, in the vicinity of 1460 Bronx River Avenue, Bronx, New York, CURTIS FRAZIER, a/k/a "Bolo," the defendant, supplied crack cocaine to co-conspirators known and unknown, intended for resale to customers.

    b. In or about early 2008, in the vicinity of 1460 Bronx River Avenue, Bronx, New York, MICHELLE DAVIS sold crack cocaine with co-conspirators known and unknown to customers.

    c. On or about June 12, 2007, in the vicinity of 1460 Bronx River Avenue, Bronx, New York, EMMANUEL CRAIG, a/k/a "Fats," a/k/a "E," sold crack cocaine to an undercover officer working for the New York City Police Department.

    e. On or about October 4, 2007, in the vicinity of 1460 Bronx River Avenue, Bronx, New York, MARIE CRAIG sold crack cocaine to an undercover officer working for the New York City Police Department.

(Title 21, United States Code, Section 846.)

## COUNT FOUR

The Grand Jury further charges:

10. From in or about late 2007, up to and including in or about May 2008, in the Southern District of New York and

elsewhere, AZJAYE ALLEN, a/k/a "AJ," and EDWIN ORTIZ, SR., a/k/a "Pauley," the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

    11.  It was a part and an object of the conspiracy that AZJAYE ALLEN, a/k/a "AJ," and EDWIN ORTIZ, SR., a/k/a "Pauley," the defendants, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21, United States Code.

<u>Overt Acts</u>

    12.  In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a.  On or about January 2, 2008, in the vicinity of 1540 Westchester Avenue, Bronx, New York, AZJAYE ALLEN, a/k/a "AJ," sold heroin to an undercover officer working for the New York City Police Department.

    b.  On or about March 11, 2008, in the vicinity of 1455 Harrod Avenue, Bronx, New York, EDWIN ORTIZ, SR., a/k/a

"Pauley," sold heroin to an undercover officer working for the New York City Police Department.

(Title 21, United States Code, Section 846.)

_____   _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

===

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

===

UNITED STATES OF AMERICA

- v. -

SPENCER JONES,
a/k/a "Speed,"
MICHAEL TEMPLE,
a/k/a "Wody,"
STEVEN MOULTRIE,
a/k/a "Little Tokyo,"
CONRAD WILLIS,
a/k/a "Rad,"
BERNARD PARKER,
a/k/a "Buster,"
GREGORY MITCHELL,
a/k/a "Mitch,"
HERMAN MILSA,
a/k/a "Herm,"
DWAYNE HARRISON,
a/k/a "Wayno,"
ARTHUR WILLIAMS,
a/k/a "RZ,"
AZJAYE ALLEN,
a/k/a "AJ,"
FREDDY KINARD,
DELSHAWN WALKER,
a/k/a "Monkweed,"
DAVON WALKER,
a/k/a "Weeda,"
a/k/a "D,"
LEON DAVIS,
JEMALL DAVIS,
a/k/a "Trash"
SHAKEEMA HERNANDEZ,
a/k/a "Puff,"
DENNIS THOMAS,
a/k/a "D,"
MICHELLE DAVIS,
CURTIS FRAZIER,
a/k/a "Bolo"